In the Matter of the Accounting of JOHN J. HARE, as Executor of ELLEN A. BROWN, - Deceased, Appellant.

B. BROWN COGGSHALL et al., as Executors of SARA B. COGGSHALL, Deceased, Respondents.

Submitted February 24, 1941; decided March 4, 1941.

*Georgia Hare* for motion.
*A. J. Buck* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.

WALTER F. JENKINS et al., Appellants, *v.* 313–321 W. 37TH STREET CORPORATION, Appellant and Respondent, and NATIONAL TRANSPORTATION CORPORATION et al., Respondents, Impleaded with Another.

Submitted February 24, 1941; decided March 4, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 397.)